[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 19-10038
Non-Argument Calendar

_____

D.C. Docket No. 0:15-cr-60313-JIC-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

TIMOTHY WARD,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Florida

_____

(November 18, 2019)

Before TJOFLAT, JORDAN and BRANCH, Circuit Judges.

PER CURIAM:

Robin J. Fransworth, appointed counsel for Timothy Ward in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738 (1967). Our independent review of the record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Ward's judgment of modification of supervised release is **AFFIRMED.**